# United States Bankruptcy Court
## Northern District of Georgia

In re    **Goat Life, LLC**                                                    Case No.
                                        Debtor(s)            Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Goat Life, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**November  8, 2023**
Date

**/s/ Quentin Carr**
**Quentin Carr 705116**
Signature of Attorney or Litigant
Counsel for   **Goat Life, LLC**
**The Carr Law Group**
**PO Box 999**
**Clarkesville, GA 30523**
**706-754-9231 Fax:706-754-7145**
**quentin@TheCarrLawGroup.com**