## United States Bankruptcy Court
### Northern District of Georgia

In re   **GOAT LIFE LLC**

Debtor(s)

Case No.

Chapter   **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **April Phillips**, declare under penalty of perjury that I am the **Member** of GOAT LIFE, LLC and that the following is a true and correct copy of the resolutions adopted by the Members of the LLC at a special meeting duly called and held on the **8th** day of **November, 2023.**

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **April Phillips**, **Member** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the llc; and

Be It Further Resolved, that **April Phillips**, **Member** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **April Phillips, Member** of this LLC is authorized and directed to employ **Quentin Carr 705116**, attorney and the law firm of **The Carr Law Group** to represent the LLC in such bankruptcy case."

Date   **November 8, 2023**

Signed   **/s/ April Phillips**

**April Phillips**

Resolution of Members
of
**GOAT LIFE, LLC**

Whereas, it is in the best interest of this LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **April Phillips**, **Member** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **April Phillip**s, **Member**  of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **April Phillips**, **Member** of this LLC is authorized and directed to employ **Quentin Carr 705116**, attorney and the law firm of **The Carr Law Group** to represent the LLC in such bankruptcy case.

Date   **April 13, 2023** _____

Signed   **/s/ April Phillips** _____

Date   _____

Signed   _____