## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In
Re:   Debtor(s)
**Goat Life, LLC**
3026 Highway 441 South
Tiger, GA 30576

**47–3522949**

Case No.: **23–21278–jrs**
Chapter:  **7**
Judge:  **James R. Sacca**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**James G. Baker**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

James R. Sacca
United States Bankruptcy Judge

Dated:  April 22, 2024

Form 184